UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-00087-KDB-DCK-1

**UNITED STATES OF AMERICA**,

    Plaintiff,

**ORDER**

**ARNOLD JOSE PAZ-GUARDADO,**

    Defendant,

This **MATTER** is before the Court on its own Motion to administratively close the case as to **ARNOLD JOSE PAZ-GUARDADO**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: June 8, 2024

Kenneth D. Bell
United States District Judge